FILED
CHARLOTTE, NC

MAR 25 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Patrick Luke Pereira,
    Plaintiff,

v.              Civil Action No: 3:26-CV-240-KDB

AIRBNB, INC.,
    Defendant.

## COMPLAINT AND JURY DEMAND

### 1. INTRODUCTION

1. Plaintiff brings this action for employment discrimination, retaliation, and breach of contract arising from Plaintiff's work with Defendant.

2. Defendant subjected Plaintiff to unlawful discrimination based on race, color, gender, sex, and religion and retaliated against Plaintiff after Plaintiff complained about such discrimination.

3. As a result of Defendant's actions, Plaintiff suffered economic damages, including approximately $89,000 in unpaid compensation, as well as other damages.

### 2. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, including Title VII of the Civil Rights Act of 1964.

5. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this action occurred in this district and Plaintiff worked in this district.

### 3. PARTIES

6. Plaintiff Patrick Luke Pereira is an individual residing in Charlotte, North Carolina.

7. Defendant Airbnb, Inc. is a corporation doing business in North Carolina and may be served through its registered agent.

### 4. FACTUAL ALLEGATIONS

8. Plaintiff began working for Defendant on or about October 2023.

9. During Plaintiff's employment, Plaintiff was subjected to discrimination based on race, color, gender, sex, and religion.

10. Specifically, Plaintiff was subjected to discriminatory conduct, including frequent comments about Plaintiff's race and the race of Plaintiff's children, statements asserting men's inferiority to women, and failure to respect Plaintiff's religious request not to engage in workplace gossip. Defendant's management also provided preferential treatment to women and white male employees with respect to work trips, assignments, and promotional opportunities.

11. Plaintiff complained about this discrimination on or about March 21, 2025 to Airbnb manager Allison Banna.

12. After making the initial complaint, Plaintiff was subjected to retaliation by Defendant.

13. The first instance of retaliation occurred when Plaintiff was transferred to a different department without justification or explanation.

14. Plaintiff filed a second complaint regarding discriminatory conduct on June 13, 2025 with Airbnb manager Allison Banna.

15. The second instance of retaliation occurred when Plaintiff was placed on leave and subsequently terminated on June 24, 2025.

16. Defendant's actions, including transferring Plaintiff, placing Plaintiff on leave, and terminating Plaintiff, were taken because of Plaintiff's complaints about discriminatory conduct creating a hostile work environment based on race, color, gender, sex, and religion.

17. Defendant failed to pay Plaintiff approximately $89,000 in compensation earned and/or owed under the terms of Plaintiff's agreement.

18. Plaintiff timely filed a charge with the Equal Employment Opportunity Commission and received a Notice of Right to Sue.

19. Plaintiff has satisfied all administrative prerequisites to bring this action.

## 5. CLAIMS FOR RELIEF

## COUNT I – DISCRIMINATION (Title VII)

20. Plaintiff incorporates the preceding paragraphs.

21. Defendant discriminated against Plaintiff based on race, color, gender, sex, and religion in violation of federal law.

22. As a result, Plaintiff suffered damages.

COUNT II – RETALIATION (Title VII)

23. Plaintiff incorporates the preceding paragraphs.

24. Plaintiff engaged in protected activity by complaining about discrimination.

25. Defendant retaliated against Plaintiff for engaging in this protected activity.

26. The retaliation included, but was not limited to, the actions described above.

27. As a result, Plaintiff suffered damages.

COUNT III – BREACH OF CONTRACT

28. Plaintiff incorporates the preceding paragraphs.

29. Plaintiff had a valid agreement with Defendant.

30. Defendant breached that agreement by failing to pay Plaintiff approximately $89,000 owed.

31. As a result, Plaintiff suffered financial damages.

6. DAMAGES

32. Plaintiff has suffered damages including:

   a. Unpaid compensation
   b. Lost wages and benefits
   c. Emotional distress
   d. Other compensatory damages
   e. Punitive damages

33. Plaintiff seeks all damages available under the law.

7. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff;

B. Award compensatory damages;

C. Award punitive damages;

D. Award costs and any other relief the Court deems just and proper.

8. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Patrick Pereira
3600 Marvin Road
Charlotte, NC 28211
978-408-1342
Lukepereira89@gmail.com

Pro Se Plaintiff